Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re

Edgar Manansala
Bernarmida Manansala

Chapter 13 Case Number:
10-44748-RLE13

Debtors(s)

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of July 02, 2014, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on April 27, 2010 and confirmed by the Court, have been paid.

DATE: July 11, 2014

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee