UNITED STATES BANKRUPTCY COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

In Re

Edgar Manansala
Bernarmida Manansala

Debtors(s)

Chapter 13 Case No: 10-44748-RLE13

DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE AND NOTICE OF OPPORTUNITY FOR HEARING

I, Edgar Manansala and Bernarmida Manansala, certify (mark one choice for each numbered section):

1. __X__ I HAVE completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and have filed a Certification of Completion of Instructional Course Concerning Financial Management.

_____ I HAVE NOT completed an instructional course concerning personal financial management.

2. _____ I HAVE paid all domestic support obligations as that term is defined in 11 U.S.C. §101(14A) that have become due on or before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) under any order of a court or administrative agency or under any statute.

__X__ I HAVE NOT been required to pay a domestic support obligation as that term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute.

_____ I AM NOT CURRENT on domestic support obligation as that term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute. I understand that I am NOT ELIGIBLE for discharge and am liable on this obligation.

3. _____ I DID claim exemptions in excess of the adjusted amount set forth in 11 U.S.C §522(q)(1). All creditors and other interested parties requesting special notice in this case have or are being served by the court with a statement as to whether there is pending a proceeding in which I may be found guilty of a felony of a king described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B)

__X__ I DID NOT claim an exemptions in excess of the adjusted amount set forth in 11 U.S.C §522(q)(1), therefore 11 U.S.C §1328(h) is inapplicable.

4. __X__ I HAVE NOT received a discharge in a Chapter 7, 11, or 12 bankruptcy case filed within four (4) years prior to filing this Chapter 13 case and I HAVE NOT received a discharge in another Chapter 13 bankruptcy case filed within (2) years prior to filing this Chapter 13 case.

**Declaration Under Penalty of Perjury**

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 16, 2014          Debtor: _____
                             Debtor: _____

**NOTICE TO ALL PARTIES IN INTEREST**

**Notice is hereby given** that B.L.R. 9014-1 of the United States Bankruptcy Court for the Northern District of California, prescribes the procedures to be followed and that any objection to the requested relief, or a request for a hearing on the matter, in either case, grounded only on any material inaccuracy in the above certification, must be filed and served upon the initiating party within 21 days of mailing of the notice. A request for a hearing must be accompanied by any declarations or memorandum of law the requesting party wishes to present in support of its position. If there is no timely objection to the requested relief or a request for a hearing, the Court may enter an order granting the relief by default; and the initiating party will give at least 7 days written notice of the hearing to the objecting or requesting party, and to any trustee, in the event an objection or request for hearing is timely made.

Date: July 16, 2014         Debtor: _____

                            Debtor: _____