Robert C. Borris Jr., Esq.
SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

The following constitutes
the order of the court. Signed September 3, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

EDGAR MANANSALA & BERNARMIDA MANANSALA,

    Debtor

Case No.: 10-44748

**JUDGMENT VOIDING LIEN OF CHASE HOME FINANCE**

    On August 13, 2010, this court entered an ORDER VALUING LIEN OF CHASE HOME FINANCE against certain property of Debtor for purposes of this chapter 13 case. That order was subject to being set aside until Debtor obtained a discharge or completed plan payments in this chapter 13 case. Debtor having completed plan payments and obtained a discharge, the court now therefore enters the following judgment.

    The lien of Chase Home Finance regarding the property commonly known as 34200 Red Cedar Court, Union City, California, and which was recorded in Alameda County on or about October 5, 2006 as document 2006375716, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

End of Order

1

Court Service List