Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

Entered on Docket
September 08, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 8, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Edgar Manansala<br>Bernarmida Manansala | 10-44748-RLE13 |
| Debtor(s) | In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE
AND FINAL DECREE**

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved, she is discharged as Trustee after having fully performed her duties, and her bond is cancelled.

END OF ORDER

COURT SERVICE LIST

| | |
|---|---|
| Edgar Manansala<br>Bernarmida Manansala<br>34200 Red Cedar Court<br>Union City,CA 94587<br><br>(Debtor(s)) | Robert C Borris Jr Atty<br>21550 Foothill Blvd 2Nd Fl<br>Hayward,CA 94541<br><br>(Counsel for Debtor) |